```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| MICHAEL JORDAN, et al., | : CIVIL ACTION NO. 05-2879 (MLC) |
| Plaintiffs, | : **MEMORANDUM OPINION** |
| v. | : |
| U.S. SECURITY ASSOCIATES, INC., | : |
| Defendant. | : |

**THE PLAINTIFF** advising the Court "that the above matter has been settled with respect to all claims and all parties," and "there is no need to decide the parties' motion for class certification" (10-6-06 Letter of Catherine P. Wells); and thus the Court intending to (1) deny the motion to certify the action as a class action (dkt. entry no. 51) without prejudice, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                    s/ Mary L. Cooper
                                                 **MARY L. COOPER**
                                                 United States District Judge